UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH LOSANO
                Plaintiff(s)

v.                                                             CIVIL ACTION NO. 02-11111-MEL

TOWN OF SWAMPSCOTT, et al
                Defendant(s)

## JUDGMENT IN A CIVIL CASE

LASKER, S.D.J.

**X** **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED :**

That the plaintiff Joseph Losano recover of the defendant John Toomey the sum of $ 40,000.00, and the cost of this action.
That the plaintiff Joseph Losano recover nothing from the defendants, Ronald Madigan and William Waters.

SARAH A. THORNTON, CLERK

Dated: May 1, 2006                    /s/ George H. Howarth
                                                          By Deputy Clerk

(judgciv.frm - 10/96)                                                                                        [jgm.]