4:05 PM
4/27/06

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH LOSANO,
    Plaintiff,

v.

TOWN OF SWAMPSCOTT, et al.,
    Defendants.

CIVIL ACTION
No. 02-CV-11111-MEL

**VERDICT FORM**

The answer to all questions must be unanimous.

1. Do you find that Joseph Losano has established by a preponderance of the evidence that any of the following defendants violated his constitutional rights by retaliating against him for appealing the revocation of his firearm license?

| | | |
|---|---|---|
| John Toomey | Yes __X__ | No _____ |
| Ronald Madigan | Yes _____ | No __X__ |
| William Waters | Yes _____ | No __X__ |

2. If your answer to all of the above is no, proceed no further. If your answer to any of the above is yes, state the amount of damages you award against any defendant found liable to Losano as to: (a) compensatory damages, and (b) punitive damages.

| | | |
|---|---|---|
| John Toomey | Compensatory | $ 10,000.00 |
| | Punitive | $ —0— |
| Ronald Madigan | Compensatory | $ N/A |
| | Punitive | $ N/A |
| William Waters | Compensatory | $ N/A |
| | Punitive | $ N/A |

1

3. If you find that Joseph Losano is entitled to any damages, state whether you believe he should be entitled to interest (to be determined by the Court):

    Yes _____    No \_\_\_\_X\_\_\_\_

Foreperson Signature: _____

Date: \_\_\_\_4/27/06\_\_\_\_