# MANDATE

# United States Court of Appeals
## For the First Circuit

02-11111
USDC/MA
Lasker, J

No. 06-2011

JOSEPH A. LOSANO
Plaintiff - Appellee

v.

JOHN TOOMEY, as former Chief of Police of the Town of Swampscott
Defendant - Appellant

TOWN OF SWAMPSCOTT;
RONALD MADIGAN, as former Captain, now Chief of Police of the Town of Swampscott;
GARY LORD, as Sgt. of the Town of Swampscott;
WILLIAM WATERS, as former Patrolman, now Sgt. of the Town of Swampscott;
ANDREW MAYLOR, Town Administrator
Defendants

## JUDGMENT

Entered: September 8, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

LYNNE ALIX MORRISON

By: _____
Appeals Attorney

/s/
Deputy Clerk

Date: 9/8/06

[cc: Leonard H. Kesten, Esq., Jessica D. Hedges, Esq.]